# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **RONALD MITCHELL PRICE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | 5:04-CV-313(CAR) |
| : | |
| **DR. BUSBEE,** : | |
| : | |
| **Defendant.** : | |

## *ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc 31] that Defendant's Motion for Summary Judgment [Doc 26] be granted. No objection to the Recommendation has been filed. Having considered the matter, the Court agrees with the Recommendation that Defendant is entitled to summary judgment. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 4th day of December, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

SSH